UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 8:98-CR-48-T-17MSS |
| ) | |
| **STEPHEN RAY MULLIGAN.** ) | |
| _____ ) | |

## REVOCATION OF SUPERVISED RELEASE
## AND JUDGMENT AND COMMITMENT

On this 19th day of January, 2007, came the Assistant United States Attorney and the defendant STEPHEN RAY MULLIGAN, appeared in person and with counsel AFPD David Secular.

It appearing to the Court that the above named defendant, having heretofore been convicted on August 21, 1998, of the offense or offenses charged in the indictment or information filed herein, received a sentence imposing incarceration and a period of supervised release.

It further appearing to the Court that the above named defendant has since violated the terms of his/her supervised release and the Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Judgment and Commitment previously entered herein.

And it further appearing that the Court finds, after hearing from the Probation Officer and the above named defendant, that the defendant has violated the terms of the Judgment and Commitment entered herein on August 24, 1998.

It is, therefore, ORDERED AND ADJUDGED that the Order imposing supervised release entered herein as to the above named defendant is hereby **REVOKED**.

**Case No. 8:98-CR-48-T-17MSS**               USA vs. Stephen Ray Mulligan

It is further ORDERED AND ADJUDGED that the above named defendant is hereby committed to the custody of the Attorney General or his authorized representative for **IMPRISONMENT** for a period of **EIGHTEEN (18) MONTHS** with credit for time served or until the defendant is otherwise discharged as provided as law. The term of imprisonment is to be followed by **NO** term of supervised release   The Defendant is hereby **REMANDED** to the custody of the U.S. Marshal Service.

It is further ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

DONE AND ORDERED at Tampa, Florida this ___19th___ day of January, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties
U. S. Marshal Service
U. S. Probation Office